**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 8:18−bk−10841−MGW
                                                                   Chapter 13
Caroline Queely
aka Reid Queely Cuthbent


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

On December 19, 2018 the above named Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

All Schedules A through J and the Summary of Your Assets and Liabilities (forms 106 for individuals or 206 for non−individuals) were either not filed, filed incomplete or filed using outdated forms as follows: ***Missing Schedules A−J and Summary of Assets***. Pursuant to Fed. R. Bankr. P. 1007(b) and (c), the Debtor is directed to file the missing items with proper declaration of the Debtor no later than 14 days from the date the petition was filed.

A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

If additional creditors not initially provided with the Petition are added on the Schedules, the Debtor is directed to include $31.00 amendment fee and provide proof of service of the Notice of Chapter 13 Bankruptcy Case to each additional creditor. For Chapter 13 cases, a copy of the filed Chapter 13 plan must also be served on the additional creditors.

The Statement of Financial Affairs was not filed. The Debtor is directed to file a signed Statement of Financial Affairs using the form B107 for an individual or B207 for non−individuals within 14 days from the date the case was filed.

Pursuant to Fed. R. Bankr. P. 1007(a), the Voluntary Petition was not accompanied by a list containing the names and addresses of the Debtor's creditors nor were the schedules of liabilities (Schedules D through F) filed. The Debtor is directed to file a list containing the names and addresses of the Debtor's creditors in compliance with Local Rule 1007−2 within seven days from the date the petition was filed.

The Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period pursuant to Fed. R. Bankr. P. 1007 (b)(4)(5)(6) and 11 U.S.C. § 521(a)(1)(B)(v) was not filed. The Debtor is directed to file a signed Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form B122C) within 14 days from the date the petition was filed. A link to updated forms is available on the Court's website at http://www.flmb.uscourts.gov/forms/.

The Debtor failed to file a Chapter 13 Plan pursuant to Fed. R. Bankr. P. 3015(b), or filed an unsigned Chapter 13 Plan. The Debtor is directed to file a Debtor−signed Chapter 13 Plan, using the

Court's Model Chapter 13 Plan, within 14 days from the date the petition was filed. A link to the Court's Model Plan is available on the Court's website at http://www.flmb.uscourts.gov/procedures/documents/Chapter13Plan.pdf

The Debtor shall pay unpaid filing fees in the amount of N/A within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below.

FOR THE COURT

Dated: December 20, 2018        Sheryl L. Loesch , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.